Joshua D. Brinen
BRINEN & ASSOCIATES, LLC
90 Broad Street, Second Floor
New York, New York 10004
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Petitioner First Capital Real Estate Investments, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| First Capital Real Estate Investments, LLC, a California Limited Liability Company<br><br>Petitioner,<br><br>v.<br><br>SDDCO Brokerage Advisors, LLC,   Financial Industry Regulatory Authority<br><br>Respondent. | Civil Action No. 18-cv-2013<br><br>**NOTICE OF VERIFIED PETITION TO VACATE ARBITRATION AWARD** |

**PLEASE TAKE NOTICE** that Petitioner First Capital Real Estate Investments, LLC, "Petitioner," will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on April 30, 2018, at 10:00 o'clock a.m., or as soon thereafter as counsel may be heard, for an Order vacating the FINRA Dispute Resolution Award, dated February 2, 2018, in favor of Respondent SDDCO Brokerage Advisors, LLC, "Respondent," and against Petitioner, in the amount of $200,000 plus interest, attorney fees in the amount of $86,859, accessed forum fees in the amount of $13,275, and awarded Sanctions against the Petitioner herein on the first day of the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, Petitioner will

rely on this Notice of Motion, the Verified Petition to Vacate Arbitration Award, and the Memorandum of Law in Support of Verified Petition to Vacate Arbitration Award.

Dated:    New York, New York
            March 6, 2018

Respectfully submitted,

BRINEN & ASSOCIATES, LLC

By: _____
Joshua D. Brinen (JB9708)
90 Broad Street, Second Floor
NewYork, NewYork 10004
(212)330-8151 (Telephone)
(212)227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Petitioner