UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIRST CAPITAL REAL ESTATE
INVESTMENTS, LLC,

           Petitioner,

- against -

SDDCO BROKERAGE ADVISORS, LLC et al.,

           Defendants.

---

18cv2013 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The motions for a conference and for post-judgment discovery (Docket Nos. 46 and 49) are denied without prejudice as moot. The Court has referred the case to Magistrate Judge Fox for non-dispositive post-judgment proceedings and the Magistrate Judge subsequently set deadlines for discovery motions which have been filed.

The Clerk is directed to close Docket Nos. 46 and 49.

**SO ORDERED.**

Dated:   New York, New York
        January 11, 2020

                                    John G. Koeltl
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 1-13-2020