UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIRST CAPITAL ESTATE INVESTMENTS, LLC, :
a California Limited Liability Company,

                Plaintiff,

      v.

SDDCO BROKERAGE ADVISORS, LLC,

                Defendant.
------------------------------------------------------------X

**ORDER**

18-CV-2013 (JGK) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Court directed the defendant to file its application for reasonable attorney's fees. See Docket Entry No. 66. The defendant filed a letter, dated January 23, 2020, styled "Motion Seeking Reasonable Attorney's Fees." Docket Entry No. 72. The defendant failed to comply with Local Civil Rule 7.1 of this court; thus, its application, improperly made by letter, Docket Entry No. 72, is denied, without prejudice.

Dated: New York, New York
       February 21, 2020

SO ORDERED:

_/s/ Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE